| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Mordue, Norman A | 2. Court or Organization Northern District of New York | 3. Date of Report 5/10/2005 |

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S.District Judge - Active

5. ReportType (check appropriate type)

○ Nomination, Date

○ Initial    ● Annual    ○ Final

6. Reporting Period

1/1/2004
to
12/31/2004

7. Chambers or Office Address

P.O. Box 7336

100 S. Clinton St.

Syracuse, NY 13261

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Vietnam Veterans Leadership Program of Onondaga County (Not for Profit Corporation) |
| 2. General Partner | Northside Waterflood Partnership, a New York General Partnership. I am a passive partner. |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | Entitled to NYS Retirement Benefits from years in State system as a Prosecutor and Judge (28 years) |

FINANCIAL DISCLOSURE OFFICE   2005 MAY 16 A 11: 17   RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mordue, Norman A | 5/10/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | NYS Vested Pension Plan | $63,935 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mordue, Norman A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE**  (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1. | Syracuse Police Federal Credit Union Joined 12/4/98 | A | Interest | J | T | | | | | |
| 2. | Key Bank Checking Account | A | Interest | | | | | | | |
| 3. | Metropolitan Life Insurance Co. | A | Interest | J | T | | | | | |
| 4. | Farm Lot, Niles, NY | A | Rent | L | W | | | | | |
| 5. | Northside Waterflood Partnership C | | None | J | T | | | | | |
| 6. | Time Warner formerly American On Online IRA | | None | J | T | | | | | |
| 7. | Key Bank - IRA | | None | J | T | | | | | |
| 8. | Anheuser-Busch Companies | | None | J | T | | | | | |
| 9. | Citigroup, Inc. | | None | J | T | | | | | |
| 10. | Univision Communications, Inc. | | None | J | T | | | | | |
| 11. | Univision Communications, Inc. | | None | J | T | | | | | |
| 12. | J.D.S. Uniphase Corp. | A | Dividend | | | Sold | 2-27 | J | A | |
| 13. | J.D.S. Uniphase Corp. | A | Dividend | | | Sold | 2-27 | J | A | |
| 14. | UAL Corp. | C | Dividend | | | Sold | 3-2 | J | C | |
| 15. | Univision Communications, Inc. | | None | J | T | | | | | |
| 16. | SBC Communications, Inc. | | None | J | T | | | | | |
| 17. | Tenet Health Care Corp. | | None | J | T | | | | | |
| 18. | Nuveen NY Municipal | | None | | | Sold | 4-28 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mordue, Norman A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. McDonald Investments IRA (X) | | None | J | T | | | | | |
| 20. Calpine Corp. | | None | J | T | Purch | 3-4 | J | | |
| 21. Gateway Inc. | | None | J | T | Purch | 3-4 | J | | |
| 22. UAL Corp. | A | Dividend | | | Purch | 2-27 | J | | |
| 23. | | | | | Sold | 3-2 | J | A | |
| 24. Sirius Satellite Radio Inc. | B | Dividend | | | Purch | 3-3 | J | | |
| 25. | | | | | Sold | 10-21 | J | B | |
| 26. Sirius Satellite Radio Inc. | A | Dividend | | | Purch | 4-19 | J | | |
| 27. | | | | | Sold | 10-21 | J | A | |
| 28. Ipass Inc. | | None | K | T | Purch | 10-21 | K | | |
| 29. Rite Aid Corp. | | None | J | T | Purch | 12-6 | J | | |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)  F  = $50,001-$100,000   G  = $100,001-$1,000,000  H1  = $1,000,001-$5,000,000  H2  = More than $5,000,000
2. Value Codes:            J  = $15,000 or less    K  = $15,001-$50,000    L  = $50,001-$100,000   M  = $100,001-$250,000
   (See Columns C1 and D3)  N  = $250,000-$500,000  O  = $500,001-$1,000,000  P1  = $1,000,001-$5,000,000  P2  = $5,000,001-$25,000,000
                           P3  = $25,000,001-$50,000,000                P4  = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal          R  = Cost (Real Estate Only)  S  = Assessment          T  = Cash/Market
   (See Column C2)          U  = Book Value         V  = Other              W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mordue, Norman A | 5/10/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mordue, Norman A | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date *May 10, 2005*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**United States District Court**

**Northern District of New York**

**P. O. Box 7336**

**100 South Clinton Street**

**Syracuse, New York 13261-7336**

**Chambers of**

**Norman A. Mordue**

**Judge**

**Tel: 315-234-8570**

**Fax: 315-234-8571**

August 5, 2005

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington D.C. 20544

Re: Calendar Year 2004 Filing

Gentlemen:

This letter is in response to your letter dated July 29, 2005 requesting additional information. In Part VII, page 1, line 2, for "Key Bank Checking Account," the value code is "L" and the value method is "V."

Hopefully, this information will enable you to close my 2004 report. Thank you.

Very truly yours,



NAM:jml

RECEIVED
2005 AUG 10 A 10: 59
FINANCIAL
DISCLOSURE OFFICE